## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

TACHI-S ENGINEERING U.S.A., INC.

    Plaintiff,                           Case No.:

v.                                         Hon.

CANOO TECHNOLOGIES INC. f/k/a
EVELOZCITY INC.

    Defendant.

_____

Brandon C. Hubbard (P71085)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI  48933
Telephone: 517-371-1730
Fax: 844-670-6009
bhubbard@dickinsonwright.com
*Attorneys for Plaintiff Tachi-S*
*Engineering U.S.A., Inc.*

_____

## PLAINTIFF'S COMPLAINT

Tachi-S Engineering U.S.A., Inc. ("Tachi-S" or "Plaintiff") brings this Complaint for monetary damages against Defendant Canoo Technologies Inc. f/k/a EVelozcity Inc. ("Canoo" or "Defendant"), and states as follows:

## PARTIES

1. Plaintiff is a corporation incorporated in Michigan with its headquarters at 23227 Commerce Drive, Farmington Hills, Michigan 48335.

2. Defendant is a corporation incorporated in Delaware with its headquarters located at 19951 Mariner Avenue, Torrance, California, 90503.

## JURISDICTION & VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship as between Plaintiff and Defendant, and the amount in controversy exceeds $75,000.

4. This Court has personal jurisdiction over Defendant because, among other things, Defendant executed many contracts with Tachi-S, a Michigan corporation, to be performed by Tachi-S in Michigan, with those contracts being worth millions of dollars.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in the Eastern District of Michigan.

## FACTS

6. Tachi-S is a manufacturer of automotive seats.

7. Canoo is a manufacturer of electric-powered automobiles.

8. Over the course of time, Canoo made (executed) myriad purchase orders with Tachi-S, and Tachi-S provided to Canoo automotive seats consistent with those purchase orders.

9.   On May 24, 2023, and after numerous payment defaults by Canoo relative to the automotive seats, the parties executed an "Agreement Relating to Delivery of NASA Seats" (hereinafter, the "Agreement"), a true and correct copy of which is attached to this Complaint as **Exhibit A.**

10.   Pursuant to the Agreement's express terms, and as consideration for Tachi-S continuing to provide to Canoo good and valuable consideration, Canoo acknowledged that it owed to Tachi-S $15,636,292.70, with that amount being immediately "due and owing" with "no right of setoff or recoupment, or any other defense" (the "Acknowledged Debt"):

> CANOO'S ACKNOWLEDGEMENT OF THE DEBT. Canoo has received Tachi-S's claim in the amount of $2,610,128.22 for inventory (the "Inventory Claim") that was ordered by Tachi-S, but does not acknowledge that amount. Canoo has received Tachi-S's claim in the amount of $267,467.65 for interest (the "Interest Claim"). The Parties agree to continue to discuss these amounts in good faith. Other than the Inventory Claim and the Interest Claim, Canoo acknowledges the Tachi-S Total Claim (the "Acknowledged Debt") and confirms that it has no right of setoff or recoupment, or any other defense. The amount of the Acknowledged Debt is $15,636,292.70. The Parties acknowledge that the Acknowledged Debt is the total amount due and owing by Canoo to Tachi-S as of the Execution Date.

Ex. A, p. 3.[1]

---

[1] The interlineation in this quoted paragraph from the Agreement states: "$15,636,292.70 is the gross amount of all acknowledged debt, does not consider credit nor payments specified in section 1 above, - MH"

3

11. The Agreement is the "entire agreement between [Tachi-S and Canoo] and supersedes all prior and contemporaneous oral and written agreements, promises, statements, understandings, and representations and may not be altered, modified, or amended in any respect, except upon execution by all Parties hereto of a written instrument so providing." *Id.*, p. 4.

12. Tachi-S demanded from Canoo payment of the Acknowledged Debt.

13. Canoo failed to pay to Tachi-S the Acknowledged Debt.

14. Tachi-S now brings this lawsuit to recover the Acknowledged Debt, which is immediately due and owing.[2]

## COUNT I – BREACH OF CONTRACT

15. Plaintiff re-alleges and incorporates by reference the foregoing allegations in this Complaint as though fully set forth herein.

16. The Agreement is a valid and binding contract for which Plaintiff and Defendant each gave and received adequate consideration. The Agreement required Defendant to pay to Plaintiff the Acknowledged Debt.

17. Plaintiff has performed all of its obligations under the Agreement.

18. Defendant materially breached the Agreement without justification

---

[2] Consistent with the Agreement but separate from the Acknowledged Debt, the parties continue to discuss the Inventory Claim and the Interest Claim, each defined by the Agreement and owed by Canoo to Tachi-S. Absent a forthwith resolution as to each of the Inventory Claim and the Interest Claim, Tachi-S will amend this pleading to include those amounts as well.

by failing to pay upon demand the Acknowledged Debt.

19. Defendant's breach caused to Plaintiff damage in the amount of at least $15,636,292.70, plus pre-judgment and post-judgment interest, costs of court, and attorneys' fees.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

a. A judgment in favor of Plaintiff and against Defendant as to Count I;

b. A judgment for Plaintiff's actual monetary damages in the amount of at least $15,636,292.70;

c. An award to Plaintiff of its full costs in litigating this matter, including its attorneys' fees; and

d. An award to Plaintiff of any such other and/or further relief as the Court deems just and equitable under the circumstances.

Dated: June 28, 2023                                                 Respectfully submitted,

By: */s/ Brandon C. Hubbard*
Brandon C. Hubbard (P71085)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI  48933
Telephone: 517-371-1730
Fax: 844-670-6009
bhubbard@dickinsonwright.com
*Attorneys for Plaintiff Tachi-S Engineering U.S.A., Inc.*